IN THE CIRCUIT COURT FOR ANDERSON COUNTY, TENNESSEE

2013 APR 15 A 11: 09

FILED BY

PHYLLIS CONNATSER and
MIKE CONNATSER,

    Plaintiffs,

v.

UT-BATTELLE, LLC, and
DEBBIE OTTAWAY,

Defendants.

No.: *B3LA0088*

## COMPLAINT

Come the plaintiffs, Phyllis Connatser and husband Mike Connatser, through counsel and sue the defendants UT-Battelle, LLC ("Battelle") and Debbie Ottaway ("Ottaway"), pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII") and the Americans with Disabilities Act ("ADA"). Plaintiffs would show the Court the following:

1. The plaintiffs are husband and wife and citizens and residents of Blount County, Tennessee.

2. The defendant is a Tennessee Limited Liability Company formed in Tennessee on May 5, 1999. Its agent for service of process is Nicole Porter, General Counsel, 1 Bethel Valley Road, Oak Ridge, Tennessee 37830-8050.

3. Plaintiff Phyllis Connatser was initially employed by Battelle on May 22, 1995, as a Summer Intern Student and later hired as an accountant.

4. Her status as an employee in good standing continued until in 2010 one Debbie Ottaway was made her supervisor. Almost immediately, Mrs. Connatser was singled out due to her country accent and manner of dress. Ms. Ottaway subjected Ms. Connatser derogatory comments and unfair treatment.

> **Exhibit A**
> **to**
> **Notice of Removal**
> *Connatser, et al v.*
> *UT-Battelle, et al*

5. Plaintiff Phyllis Connatser is disabled within the meaning of the ADA.

6. Plaintiff Phyllis Connatser was terminated from her employment at Battelle on June 14, 2012. The reason given for her termination was insubordination as well as poor performance.

7. Plaintiff Phyllis Connatser pursued her claim od discrimination with the U.S. Equal Employment Opportunity Commission and was given permission to sue the defendants by April 17, 2013.

8. Plaintiffs claim that Phyllis Connatser's termination was discriminatory and in violation of Title VII and the ADA.

Premises considered, plaintiffs demand judgment and damages against the defendants pursuant to and as provided by the provisions of Title VII and the ADA.

PHYLLIS CONNATSER and
MIKE CONNATSER

_____
Peter D. Van de Vate, BPR# 13078
Attorney for Plaintiffs
P.O. Box 30201
Knoxville, TN 37930-0201
865-539-9684

## COST BOND

The undersigned acknowledge themselves as sureties in this cause for all costs and taxes in this cause in accordance with Tennessee Code Annotated Section 20-12-120.

This the 15th day of April 2013.

Phyllis Connatser

Mike Connatser

Peter D. Van de Vate

# IN THE CIRCUIT FOR BLOUNT COUNTY, TENNESSEE

PHYLLIS CONNATSER and
MIKE CONNATSER,

    Plaintiffs,

v.

UT-BATTELLE, LLC, and
DEBBIE OTTAWAY,

        Docket No.: *83LA0088*

    Defendants.

## SUMMONS

SERVE:    **DEBBIE OTTAWAY**
             **C/O Nicole Porter**
             **1 Bethel valley road**
             **Oak Ridge, Tennessee 37830-8050**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required within thirty (30) days after service of this summons upon you, exclusive of the day of service, to appear and make defense in this Court to the complaint which is herewith served upon you. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Within that time you are also required to serve a copy of your pleadings upon:

Peter D. Van de Vate, Plaintiff's attorney, whose address is P.O. Box 30201, Knoxville, Tennessee 37930-0201.

The person having this summons for service will return the same to this office within thirty (30) days after its issuance with written report of the manner of service or

reason for failure to service thereon.

WITNESS _____H. Tyler Mayes, Clerk_____, Clerk of said Court at office this

_15_ day of _April,_ 2013.

_____H. Tyler Mayes, Clerk_____ CLERK

BY _Betty B. Taylor_ D.C.

Received this ____ day of _____2013. _____ D. SHERIFF.

## RETURN OF SERVICE OF SUMMONS

I hereby certify and return, that on the _____ day of _____ 2010, I served this

summons together with the complaint herein as follows:

_____

_____

_____ SHERIFF _____ D. SHERIFF

## NOTICE

TO THE DEFENDANT:

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not have to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

# IN THE CIRCUIT FOR BLOUNT COUNTY, TENNESSEE

PHYLLIS CONNATSER and
MIKE CONNATSER,

     Plaintiffs,

v.

UT-BATTELLE, LLC, and
DEBBIE OTTAWAY,

Docket No.: *B3LA0088*

     Defendants.

## SUMMONS

SERVE:    **UT-BATTELLE, LLC**
            **C/O Nicole Porter**
            **1 Bethel valley road**
            **Oak Ridge, Tennessee  37830-8050**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required within thirty (30) days after service of this summons upon you, exclusive of the day of service, to appear and make defense in this Court to the complaint which is herewith served upon you.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Within that time you are also required to serve a copy of your pleadings upon:

Peter D. Van de Vate, Plaintiff's attorney, whose address is P.O. Box 30201, Knoxville, Tennessee  37930-0201.

The person having this summons for service will return the same to this office within thirty (30) days after its issuance with written report of the manner of service or

reason for failure to service thereon.

WITNESS _____H. Tyler Mayes, Clerk_____, Clerk of said Court at office this

_15_ day of _April_ 2013.

_____H. Tyler Mayes, Clerk_____ CLERK

BY _Betty S. Taylor_ D.C.

Received this ____ day of _____2013. _____ D. SHERIFF.


## RETURN OF SERVICE OF SUMMONS

I hereby certify and return, that on the _____ day of _____ 2010, I served this

summons together with the complaint herein as follows:

_____

_____

_____ SHERIFF _____ D. SHERIFF


## NOTICE

TO THE DEFENDANT:

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not have to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

# IN THE CIRCUIT FOR BLOUNT COUNTY, TENNESSEE

PHYLLIS CONNATSER and
MIKE CONNATSER,

     Plaintiffs,

v.

                                   Docket No.: *B3LA0088*

UT-BATTELLE, LLC, and
DEBBIE OTTAWAY,

     Defendants.

## SUMMONS

SERVE:    **DEBBIE OTTAWAY**
               **C/O Nicole Porter**
               **1 Bethel valley road**
               **Oak Ridge, Tennessee  37830-8050**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required within thirty (30) days after service of this summons upon you, exclusive of the day of service, to appear and make defense in this Court to the complaint which is herewith served upon you.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Within that time you are also required to serve a copy of your pleadings upon:

Peter D. Van de Vate, Plaintiff's attorney, whose address is P.O. Box 30201, Knoxville, Tennessee  37930-0201.

The person having this summons for service will return the same to this office within thirty (30) days after its issuance with written report of the manner of service or

*address is in Roane Co.*

reason for failure to service thereon.

WITNESS ___H. Tyler Mayes, Clerk___, Clerk of said Court at office this

_15_ day of _April_ 2013.

___H. Tyler Mayes, Clerk___ CLERK

BY _Betty L. Taylor_ D.C.

Received this ____ day of _____ 2013. _____ D. SHERIFF.

## RETURN OF SERVICE OF SUMMONS

I hereby certify and return, that on the _____ day of _____ 2010, I served this

summons together with the complaint herein as follows:

_____

_____

_____ SHERIFF _____ D. SHERIFF

## NOTICE

TO THE DEFENDANT:

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not have to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## IN THE CIRCUIT FOR BLOUNT COUNTY, TENNESSEE

PHYLLIS CONNATSER and
MIKE CONNATSER,

      Plaintiffs,

v.

UT-BATTELLE, LLC, and
DEBBIE OTTAWAY,

Docket No.: $B3LA0088$ ✓

      Defendants.

### SUMMONS

SERVE:    **UT-BATTELLE, LLC**
           **C/O Nicole Porter**
           **1 Bethel valley road**
           **Oak Ridge, Tennessee  37830-8050**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required within thirty (30) days after service of this summons upon you, exclusive of the day of service, to appear and make defense in this Court to the complaint which is herewith served upon you.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Within that time you are also required to serve a copy of your pleadings upon:

Peter D. Van de Vate, Plaintiff's attorney, whose address is P.O. Box 30201, Knoxville, Tennessee  37930-0201.

The person having this summons for service will return the same to this office within thirty (30) days after its issuance with written report of the manner of service or

*address is in Roane Co.*

*J Monse*
*4-16-13*

reason for failure to service thereon.

WITNESS _____ H. Tyler Mayes, Clerk _____, Clerk of said Court at office this

_15_ day of _April_, 2013.

_____ H. Tyler Mayes, Clerk _____ CLERK

By_Betty D. Taylor_D.C.

Received this ____ day of _____2013. _____ D. SHERIFF.

## RETURN OF SERVICE OF SUMMONS

I hereby certify and return, that on the _____ day of _____ 2010, I served this

summons together with the complaint herein as follows:

_____

_____

_____ SHERIFF _____ D. SHERIFF

## NOTICE

TO THE DEFENDANT:

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not have to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

# CIVIL CASE COVER SHEET
## ******ORIGINAL/REOPENED FILING******

1. Location Code ___/___
2. Court ☒ Circuit Civil ☐ Chancery ☐ Probate
3. Docket No. *B3LA0058*
4. Filing Date *4-15-13*
5. Plaintiffs

| Plaintiffs | Defendants |
|---|---|
| *Phyllis Consatser* | *UT-Battelle, LLC* |
| *Mike Consatser* | *Debbie Ottaway* |
| Attorneys (Firm name, Address, and Telephone Number) | Attorneys (if known) |
| *Peter D. Van de Vate* | |

6. General Sessions Appeal (check box if case is appealed or transferred from general sessions court) ☐ Yes
7. **Original** Filing Type of Suit

| **General Civil** | **Domestic Relations** | **Other** |
|---|---|---|
| ☐ 451 Medical Malpractice | ☐ 361 Paternity | ☐ 541 Judicial Hospitalization |
| ☐ 461 Contract/Debt | ☐ 362 Legitimation | ☐ 382 Contempt |
| ☐ 462 Specific Performance | ☐ 363 Adoption | |
| ☒ 471 Other Damages/Torts | ☐ 364 Surrender | |
| ☐ 481 Real Estate Matter | ☐ 371 Divorce with minor children | |
| ☐ 491 Workers Compensation | ☐ 372 Divorce without minor children | |
| ☐ 501 Probate | ☐ 381 Order of Protection | |
| ☐ 511 Juvenile Court Appeal | ☐ 383 Residential Parenting/no Child Support | |
| ☐ 513 Appeal from Admin. Hearing | ☐ 384 Residential Parenting/Child Support | |
| ☐ 571 Conservatorship | ☐ 385 Child Support | |
| ☐ 572 Guardianship | ☐ 387 Wage Assignment Hearing | |
| ☐ 573 Trust | ☐ 391 Interstate Support - Incoming | |
| ☒ 581 Miscellaneous General Civil | ☐ 392 Interstate Support - Outgoing | |
| | ☐ 401 Other Domestic Relations | |

**Reopened** Filing Type of Suit

| **Petition for** | |
|---|---|
| ☐ 381 Order of Protection | ☐ 501 Probate |
| ☐ 382 Contempt | ☐ 541 Judicial Hospitalization |
| ☐ 383 Residential Parenting/no Child Support | ☐ 571 Conservatorship |
| ☐ 384 Residential Parenting/Child Support | ☐ 572 Guardianship |
| ☐ 385 Child Support | ☐ 573 Trust |
| ☐ 387 Wage Assignment Hearing | ☐ 551 Other |

## DISPOSITION INFORMATION

8. Disposition Date _____
9. Manner of Disposition

| | |
|---|---|
| ☐ 1 Withdrawn | ☐ 6 Dismissal |
| ☐ 2 Compromise/settlement-no court hearing | ☐ 7 Trial-Non-jury |
| ☐ 3 Court approved settlement | ☐ 8 Trial-Jury |
| ☐ 4 Uncontested/Default | ☐ 9 Other |
| ☐ 5 Transferred | Disposition involved Alternative Dispute Resolution ☐Yes ☐ No |

10. Judge _____

11. If the case is a 451 or 471 typesuit, were money damages awarded?   ☐Yes   ☐ No If yes,amount   $_____

12. If the case is a 451 or 471 typesuit and involves an additur or remittitur is it an:   ☐ Additur, amount   $_____

or   ☐ Remittitur, amount   $_____

(FORM NO:TJIS/CI1 revised 1/2009)   White-AOC filing copy; Yellow-AOC disposition copy; Pink-clerk's copy

PHYLLIS CONNATSER and
MIKE CONNATSER,



    Plaintiffs,

v.

UT-BATTELLE, LLC, and
DEBBIE OTTAWAY,

Docket No.: *B3LA0088*

    Defendants.

## SUMMONS

SERVE:    **UT-BATTELLE, LLC**
        **C/O Nicole Porter**
        **1 Bethel valley road**
        **Oak Ridge, Tennessee 37830-8050**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required within thirty (30) days after service of this summons upon you, exclusive of the day of service, to appear and make defense in this Court to the complaint which is herewith served upon you. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Within that time you are also required to serve a copy of your pleadings upon:

Peter D. Van de Vate, Plaintiff's attorney, whose address is P.O. Box 30201, Knoxville, Tennessee 37930-0201.

The person having this summons for service will return the same to this office within thirty (30) days after its issuance with written report of the manner of service or

reason for failure to service thereon.

WITNESS _____ H. Tyler Mayes, Clerk _____, Clerk of said Court at office this

_15_ day of _April_ 2013.

H. Tyler Mayes, Clerk _____ CLERK

By _Betty D. Taylor_ D.C.

Received this ____ day of _____2013. _____ D. SHERIFF.


## RETURN OF SERVICE OF SUMMONS

I hereby certify and return, that on the _____ day of _____ 2010, I served this

summons together with the complaint herein as follows:

_____

_____

_____ SHERIFF _____ D. SHERIFF


## NOTICE

TO THE DEFENDANT:

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not have to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

# IN THE CIRCUIT FOR BLOUNT COUNTY, TENNESSEE

PHYLLIS CONNATSER and
MIKE CONNATSER,

     Plaintiffs,

v.

UT-BATTELLE, LLC, and
DEBBIE OTTAWAY,

Docket No.: 83LA0088

     Defendants.

COPY

## SUMMONS

SERVE:    **DEBBIE OTTAWAY**
          **C/O Nicole Porter**
          **1 Bethel valley road**
          **Oak Ridge, Tennessee 37830-8050**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required within thirty (30) days after service of this summons upon you, exclusive of the day of service, to appear and make defense in this Court to the complaint which is herewith served upon you. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Within that time you are also required to serve a copy of your pleadings upon:

Peter D. Van de Vate, Plaintiff's attorney, whose address is P.O. Box 30201, Knoxville, Tennessee 37930-0201.

The person having this summons for service will return the same to this office within thirty (30) days after its issuance with written report of the manner of service or

reason for failure to service thereon.

WITNESS _H. Tyler Mayes, Clerk_____, Clerk of said Court at office this

_15_ day of _April_ 2013.

_H. Tyler Mayes, Clerk_____ CLERK

BY _Betty B. Taylor_ D.C.

Received this ____ day of _____2013. _____ D. SHERIFF.


## RETURN OF SERVICE OF SUMMONS

I hereby certify and return, that on the _____ day of _____ 2010, I served this

summons together with the complaint herein as follows:

_____

_____

_____ SHERIFF _____ D. SHERIFF


## NOTICE

TO THE DEFENDANT:

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not have to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

PHYLLIS CONNATSER and
MIKE CONNATSER,



    Plaintiffs,

v.

                         Docket No.: B3LA0089

UT-BATTELLE, LLC, and
DEBBIE OTTAWAY,


    Defendants.


## ALIAS SUMMONS

SERVE:     **DEBBIE OTTAWAY**
           **C/O Nicole Porter**
           **1 Bethel valley road**
           **Oak Ridge, Tennessee 37830-8050**

---

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required within thirty (30) days after service of this summons upon you, exclusive of the day of service, to appear and make defense in this Court to the complaint which is herewith served upon you. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Within that time you are also required to serve a copy of your pleadings upon:

Peter D. Van de Vate, Plaintiff's attorney, whose address is P.O. Box 30201, Knoxville, Tennessee 37930-0201.

The person having this summons for service will return the same to this office within thirty (30) days after its issuance with written report of the manner of service or

reason for failure to service thereon.

WITNESS _____H. Tyler Mayes, Clerk_____ , Clerk of said Court at office this

_21_ day of _June_ 20~~10~~.

_____H. Tyler Mayes, Clerk___ CLERK

BY _Betty Taylor_ D.C.

Received this ____ day of _____2010. _____ D. SHERIFF.

## RETURN OF SERVICE OF SUMMONS

I hereby certify and return, that on the _____ day of _____ 2010, I served this

summons together with the complaint herein as follows:

_____

_____

_____ SHERIFF _____ D. SHERIFF

## NOTICE

TO THE DEFENDANT:

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not have to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

IN THE CIRCUIT COURT FOR ANDERSON COUNTY, TENNESSEE

PHYLLIS CONNATSER and
MIKE CONNATSER,

     Plaintiffs,

v.

     No.: *B3LA0088*

UT-BATTELLE, LLC, and
DEBBIE OTTAWAY,

Defendants.

**COMPLAINT**

     Come the plaintiffs, Phyllis Connatser and husband Mike Connatser, through

counsel and sue the defendants UT-Battelle, LLC ("Battelle") and Debbie Ottaway

("Ottaway"), pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII") and the

Americans with Disabilities Act ("ADA"). Plaintiffs would show the Court the following:

1. The plaintiffs are husband and wife and citizens and residents of Blount County,
   Tennessee.

2. The defendant is a Tennessee Limited Liability Company formed in Tennessee
   on May 5, 1999. Its agent for service of process is Nicole Porter, General
   Counsel, 1 Bethel Valley Road, Oak Ridge, Tennessee 37830-8050.

3. Plaintiff Phyllis Connatser was initially employed by Battelle on May 22, 1995, as
   a Summer Intern Student and later hired as an accountant.

4. Her status as an employee in good standing continued until in 2010 one Debbie
   Ottaway was made her supervisor. Almost immediately, Mrs. Connatser was
   singled out due to her country accent and manner of dress. Ms. Ottaway
   subjected Ms. Connatser derogatory comments and unfair treatment.

5. Plaintiff Phyllis Connatser is disabled within the meaning of the ADA.

6. Plaintiff Phyllis Connatser was terminated from her employment at Battelle on June 14, 2012. The reason given for her termination was insubordination as well as poor performance.

7. Plaintiff Phyllis Connatser pursued her claim od discrimination with the U.S. Equal Employment Opportunity Commission and was given permission to sue the defendants by April 17, 2013.

8. Plaintiffs claim that Phyllis Connatser's termination was discriminatory and in violation of Title VII and the ADA.

Premises considered, plaintiffs demand judgment and damages against the defendants pursuant to and as provided by the provisions of Title VII and the ADA.

PHYLLIS CONNATSER and
MIKE CONNATSER,

Peter D. Van de Vate, BPR# 13078
Attorney for Plaintiffs
P.O. Box 30201
Knoxville, TN 37930-0201
865-539-9684

## COST BOND

The undersigned acknowledge themselves as sureties in this cause for all costs and taxes in this cause in accordance with Tennessee Code Annotated Section 20-12-120.

This the 15th day of April 2013.

Phyllis Connatser

Mike Connatser

Peter D. Van de Vate

# IN THE CIRCUIT FOR BLOUNT COUNTY, TENNESSEE

PHYLLIS CONNATSER and
MIKE CONNATSER,



    Plaintiffs,

v.

                                   Docket No.: B3LA0088

UT-BATTELLE, LLC, and
DEBBIE OTTAWAY,

    Defendants.

## ALIAS SUMMONS

SERVE:    **UT-Battelle, LLC**
                **C/O Nicole Porter**
                **1 Bethel valley road**
                **Oak Ridge, Tennessee 37830-8050**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required within thirty (30) days after service of this summons upon you, exclusive of the day of service, to appear and make defense in this Court to the complaint which is herewith served upon you. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Within that time you are also required to serve a copy of your pleadings upon:

Peter D. Van de Vate, Plaintiff's attorney, whose address is P.O. Box 30201, Knoxville, Tennessee 37930-0201.

The person having this summons for service will return the same to this office within thirty (30) days after its issuance with written report of the manner of service or

reason for failure to service thereon.

WITNESS _____ **H. TYLER MAYES** _____, Clerk of said Court at office this ___ day of _June_ 20 13.

**H. TYLER MAYES** CLERK

BY _Betty B. Taylor_ D.C.

Received this ____ day of _____2010. _____ D. SHERIFF.

## RETURN OF SERVICE OF SUMMONS

I hereby certify and return, that on the _____ day of _____ 2010, I served this summons together with the complaint herein as follows:

_____

_____

_____ SHERIFF _____ D. SHERIFF

## NOTICE

TO THE DEFENDANT:

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not have to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

IN THE CIRCUIT COURT FOR ANDERSON COUNTY, TENNESSEE

PHYLLIS CONNATSER and
MIKE CONNATSER,

     Plaintiffs,

v.

     No.: *33LA0088*

UT-BATTELLE, LLC, and
DEBBIE OTTAWAY,

Defendants.

## COMPLAINT

Come the plaintiffs, Phyllis Connatser and husband Mike Connatser, through counsel and sue the defendants UT-Battelle, LLC ("Battelle") and Debbie Ottaway ("Ottaway"), pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII") and the Americans with Disabilities Act ("ADA").  Plaintiffs would show the Court the following:

1. The plaintiffs are husband and wife and citizens and residents of Blount County, Tennessee.

2. The defendant is a Tennessee Limited Liability Company formed in Tennessee on May 5, 1999.  Its agent for service of process is Nicole Porter, General Counsel, 1 Bethel Valley Road, Oak Ridge, Tennessee  37830-8050.

3. Plaintiff Phyllis Connatser was initially employed by Battelle on May 22, 1995, as a Summer Intern Student and later hired as an accountant.

4. Her status as an employee in good standing continued until in 2010 one Debbie Ottaway was made her supervisor.  Almost immediately, Mrs. Connatser was singled out due to her country accent and manner of dress.  Ms. Ottaway subjected Ms. Connatser derogatory comments and unfair treatment.

5. Plaintiff Phyllis Connatser is disabled within the meaning of the ADA.

6. Plaintiff Phyllis Connatser was terminated from her employment at Battelle on June 14, 2012. The reason given for her termination was insubordination as well as poor performance.

7. Plaintiff Phyllis Connatser pursued her claim od discrimination with the U.S. Equal Employment Opportunity Commission and was given permission to sue the defendants by April 17, 2013.

8. Plaintiffs claim that Phyllis Connatser's termination was discriminatory and in violation of Title VII and the ADA.

Premises considered, plaintiffs demand judgment and damages against the defendants pursuant to and as provided by the provisions of Title VII and the ADA.

PHYLLIS CONNATSER and
MIKE CONNATSER

Peter D. Van de Vate, BPR# 13078
Attorney for Plaintiffs
P.O. Box 30201
Knoxville, TN 37930-0201
865-539-9684

**COST BOND**

The undersigned acknowledge themselves as sureties in this cause for all costs and taxes in this cause in accordance with Tennessee Code Annotated Section 20-12-120.

This the 15th day of April 2013.

Phyllis Connatser

Mike Connatser

Peter D. Van de Vate

# IN THE CIRCUIT FOR ANDERSON COUNTY, TENNESSEE

PHYLLIS CONNATSER and
MIKE CONNATSER,

    Plaintiffs,

v.

UT-BATTELLE, LLC, and
DEBBIE OTTAWAY,

    Defendants.

Docket No.: B3LA0088

## ALIAS SUMMONS

SERVE:    DEBBIE OTTAWAY
1 Bethel Valley Road
Oak Ridge, Tennessee 37830-8050

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required within thirty (30) days after service of this summons upon you, exclusive of the day of service, to appear and make defense in this Court to the complaint which is herewith served upon you. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Within that time you are also required to serve a copy of your pleadings upon:

Peter D. Van de Vate, Plaintiff's attorney, whose address is P.O. Box 30201, Knoxville, Tennessee 37930-0201.

The person having this summons for service will return the same to this office within thirty (30) days after its issuance with written report of the manner of service or reason for failure to service thereon.

WITNESS  **H. TYLER MAYES**

Clerk of said Court at office this

_21_ day of _June_ 2013.

___H. TYLER MAYES___ CLERK

BY _Betty B. Taylor_ D.C.

Received this _21_ day of _June_ 2013. _James Hodge_ SHERIFF.
Process Server

## RETURN OF SERVICE OF SUMMONS

I hereby certify and return, that on the _24_ day of _June_ 2013, I served this

summons together with the complaint herein as follows:

Served Debbie Ottaway c/o Alan Parker, Attorney, who states he is

authorized to accept service for Debbie Ottaway, at The East Security Portal
located on Bethel Valley Rd. Oak Ridge, TN.

_____ ~~SHERIFF~~ _____ ~~D. SHERIFF~~

_James Hodge_
Process Server

### NOTICE

TO THE DEFENDANT:

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not have to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## IN THE CIRCUIT FOR ANDERSON COUNTY, TENNESSEE

PHYLLIS CONNATSER and
MIKE CONNATSER,

      Plaintiffs,

v.

                                  Docket No.: B3LA0088

UT-BATTELLE, LLC, and
DEBBIE OTTAWAY,

      Defendants.

### ALIAS SUMMONS

SERVE:      **UT-Battelle, LLC**
                **C/O Nicole Porter**
                **1 Bethel Valley Road**
                **Oak Ridge, Tennessee 37830-8050**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required within thirty (30) days after service of this summons upon you, exclusive of the day of service, to appear and make defense in this Court to the complaint which is herewith served upon you. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Within that time you are also required to serve a copy of your pleadings upon:

Peter D. Van de Vate, Plaintiff's attorney, whose address is P.O. Box 30201, Knoxville, Tennessee 37930-0201.

The person having this summons for service will return the same to this office within thirty (30) days after its issuance with written report of the manner of service or reason for failure to service thereon.

_24_ day of _June_ 2013.

**H. TYLER MAYES** CLERK

BY _Betty B. Taylor_ D.C.

Received this _24_ day of _June_ 2013. _James Vaughn_ ~~D. SHERIFF~~.

*Process Server*

## RETURN OF SERVICE OF SUMMONS

I hereby certify and return, that on the _24_ day of _June_ 2013, I served this summons together with the complaint herein as follows:

UT-Battelle, LLC c/o Alan Parker, Assistant General Counsel, at the East Security Portal located on Bethel Valley Rd., Oak Ridge, TN.

_____ ~~SHERIFF~~ _____ ~~D. SHERIFF~~

_James Vaughn_

*Process Server*

**NOTICE**

TO THE DEFENDANT:

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not have to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.